IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE STOP WASH #2 INC. and ) <br> TELOLOAPAN MEAT MARKET #3, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> Case No. 4:21-CV-02595 |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, SALVADOR SEGOVIA, JR. and Defendants, ONE STOP WASH #2 INC. and TELOLOAPAN MEAT MARKET #3, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of the entire action, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice.  Each party to bear their own fees and costs.

Respectfully submitted this 15th day of December, 2021

                                                   Law Offices of
                                                 THE SCHAPIRO LAW GROUP, P.L.

                                               /s/  Douglas S. Schapiro
                                               Douglas S. Schapiro, Esq.
                                               Southern District of Texas ID No. 3182479
                                               The Schapiro Law Group, P.L.
                                               7301-A W. Palmetto Park Rd., #100A
                                               Boca Raton, FL 33433
                                               Tel: (561) 807-7388
                                               Email: schapiro@schapirolawgroup.com

/*s/*     Trang Tran_____
Trang Tran, Esq.
State Bar No. 00795787
2537 S. Genner, Suite 104
Houston, TX  77063
Phone: (713) 223-8855
Email:  trang@tranlf.com


/*s/*     Michael S. Burg_____
Michael S. Burg, Esq.
State Bar No. 03375500
1838 Snake River Road
Katy, TX  77449
Phone: (713) 627-8885
Email:  michael@burglawfirm.com


## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 15th day of December, 2021.

 s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479